**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JACKIE MARQUIS,<br><br>                              Plaintiff,<br><br>   v.<br><br>ABF FREIGHT SYSTEM, INC.,<br><br>                              Defendant. | 3:24-cv-00401-ART-CLB<br><br>**ORDER**<br><br>Re:  ECF No. 13 |

Before the court is Defendant's Motion for Exemption from Early Neutral Evaluation Program. (ECF No. 13.)  Plaintiff has filed a Non-Opposition to Defendant's Motion. (ECF No. 16.)

**IT IS HEREBY ORDERED** that Defendant's Motion for Exemption from Early Neutral Evaluation Program (ECF No. 13) is **GRANTED**.

**IT IS FURTHER ORDERED** that the telephonic status conference scheduled on **Wednesday, November 13, 2024, at 9:00 a.m.** is **VACATED**.

**IT IS FURTHER ORDERED** that the Early Neutral Evaluation Session scheduled on **Monday, November 18, 2024, at 9:00 a.m.** is **VACATED**.

DATED:  October 10, 2024.

_____
Craig S. Denney
United States Magistrate Judge