1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JACKIE MARQUIS, | Case No.: 3:24-cv-00401-ART-CLB |
| Plaintiff, | |
| v. | **ORDER GRANTING** |
| ABF FREIGHT SYSTEM, INC., | **JOINT STIPULATION OF** |
| | **DISMISSAL WITH PREJUDICE** |
| Defendant. | |
| | Complaint Filed:   September 5, 2024 |

1

1  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Jackie Marquis ("Plaintiff") and Defendant ABF Freight System, Inc. ("Defendant"), by and through their counsel, hereby voluntarily stipulate to dismissal with prejudice of this action in its entirety, including all claims asserted in Plaintiff's Complaint.  Each party shall bear their own attorneys' fees and costs.

DATED May 7, 2025.

         Respectfully Submitted,

         */s/ Mark Mausert*
         Mark Mausert (NV Bar No. 2398)
         Sean McDowell (NV Bar No. 15962)
         729 Evans Avenue
         Reno, Nevada
         Telephone: 775-786-5477
         Facsimile:  775-786-9658
         mark@markmausertlaw.com
         sean@markmausertlaw.com

         *Counsel for Plaintiff*
         *Jackie Marquis*

DATED May 7, 2025.

         Respectfully Submitted,

         */s/ Emily Burkhardt Vicente*
         HUNTON ANDREWS KURTH LLP
         Emily Burkhardt Vicente (admitted *pro hac vice*)
         ebvicente@hunton.com
         550 South Hope Street, Suite 2000
         Los Angeles, CA 90071
         Telephone: 213-532-2153

DICKINSON WRIGHT PLLC
Justin J. Bustos (State Bar No. 10320)
JBustos@dickinsonwright.com
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
Telephone: 775-343-7503

*Counsel for Defendant ABF Freight System, Inc.*

**ORDER**

The Court having reviewed and considered the parties' Joint Stipulation of Dismissal With Prejudice, hereby GRANTS the Stipulation and dismisses this case with prejudice in its entirety with each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

_____
HON. ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: May 9, 2025